Judge Richard A. Jones

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

UNITED STATES OF AMERICA,

NO. CR15-029RAJ

9

Plaintiff,

10

ORDER CONTINUING
DISCOVERY DEADLINE

v.

11
12

BRIAN FARRELL,

13

Defendant.

14

15      THE COURT has considered the motion filed by the parties requesting a

16  continuance of the discovery cutoff, hereby ORDERS as follows:

17      The discovery cutoff is extended until December 11, 2015.  To the extent the

18  defense pursues a motion to compel, the motion must be filed by December 18.  The

19  government's response is due December 30, and the defense must file any reply by

20  January 5.  The hearing date of January 7, 2016, if necessary, remains set.

21      DATE this 7th day of December, 2015.

22

23  _____

24      The Honorable Richard A. Jones
        United States District Judge
25

26

27

28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970